# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

September 4, 2015

Clerk
Court of Criminal Appeals of Texas
P.O. Box 12308
Capitol Station
Austin, TX 78711

       Re:  Jovany Peredes
           v. Texas
           No. 15-5959
           (Your No. PD-1043-14)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on August 31, 2015 and placed on the docket September 4, 2015 as No. 15-5959.

Sincerely,

Scott S. Harris, Clerk

by

Redmond K. Barnes
Case Analyst

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 14 2015

Abel Acosta, Clerk